```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  1:10-cr-0167 AWI
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )
                                 )  STIPULATION AND ORDER
14  SAUL PACHECO-PANUCO,         )
                                 )
15                               )
                Defendant.       )
16  _____)
17       Defendant SAUL PACHECO-PANUCO, by and through his attorney,
18  W. SCOTT QUINLAN, and the United States of America, by and through
19  its attorneys, BENJAMIN B. WAGNER, United States Attorney, and
20  KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter
21  into the following stipulation:
22       The parties agree to continue sentencing in this matter from
23  December 5 to December 12, 2011, at 9:00 a.m. in order to complete
24  ////
25  ////
26  ////
27  ////
28  ////
                                   1
```

further investigation in connection with the safety valve provision.

DATED: November 28, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney


/s/ W. Scott Quinlan
W. SCOTT QUINLAN
Attorney for Defendant
SAUL PACHECO-PANUCO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the above-captioned matter shall be continued from December 5 to December 12, 2011, at 9:00 a.m. for sentencing.

IT IS SO ORDERED.

Dated:    November 28, 2011
CHIEF UNITED STATES DISTRICT JUDGE